Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, CA 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EXIST, INC., a Florida Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 13-00268-PSG (JCx)<br>*Honorable Philip S. Gutierrez Presiding*<br><br>***DISCOVERY MATTER***<br><br>**ORDER ON JOINT STIPULATION AND REQUEST FOR ENTRY OF A PROTECTIVE ORDER** |

**ORDER:**

The terms and conditions set forth in this stipulation and request for entry of a protective order are hereby so ordered.

Dated: November 8, 2013      By:      /s/ _____
United States Magistrate Judge
Honorable Jacqueline Chooljian