Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

`E-FILED 03/11/14`
`JS-6`

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXIST, INC., et al.,<br><br>    Defendants | Case No.: CV13-00268 PSG-JCx<br>*Honorable Philip S. Gutierrez Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATED DISMISSAL OF ACTION** |

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Each and every one of Plaintiff's claims as set forth in this action against Defendants are hereby dismissed without prejudice;
2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
3. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Date: __3/10/14__   By: __PHILIP S. GUTIERREZ__
Honorable Philip S. Gutierrez